```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE K03-0004--CV (RRB)
              "DONALD G. MUNHOVEN V NORTHWIND MARINE INC"

         Including terminated parties, excluding terminated counsel


 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 08/19/03
          Closed: NO

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (1) Citizen of This State
   DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

  Nature of Suit: (345) Marine - product liability

          Origin: (2) Removed from State Court
          Demand: 200
      Filing fee: Paid $150.00 on 08/19/03 receipt # 00121091
        Trial by: Jury


Parties of Record:                              Counsel of Record:

PLF 1.1           MUNHOVEN, DONALD G.            Henry Clay Keene
                                                 Keene & Currall
                                                 540 Water Street, Suite 302
                                                 Ketchikan, AK 99901
                                                 907-225-4131
                                                 FAX 907-225-0540

PLF 2.1           MUNHOVEN, SUANN A.             Henry Clay Keene
                                                 (see above)

PLF 3.1           MUNHOVEN, DONALD T.            Henry Clay Keene
                                                 (see above)

PLF 4.1           MUNHOVEN, MILES L.             Henry Clay Keene
                                                 (see above)

DEF 1.1           NORTHWIND MARINE INC           Andrew Guidi
                                                 Delaney Wiles et al
                                                 1007 W. 3rd Avenue, Suite 400
                                                 Anchorage, AK 99501
                                                 907-279-3581
                                                 FAX 907-277-1331
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE K03-0004--CV (RRB)
                        "DONALD G. MUNHOVEN V NORTHWIND MARINE INC"

                                  For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed: 08/19/03
          Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (345) Marine - product liability

           Origin: (2) Removed from State Court
           Demand: 200
       Filing fee: Paid $150.00 on 08/19/03 receipt # 00121091
         Trial by: Jury


Document #   Filed      Docket text

    1 -  1   08/19/03   DEF 1 Notice of Removal from State Court (Superior Court) 1KE-03-374CV
                        w/att exhs.

    2 -  1   08/20/03   RRB Minute Order to petitioner subsequent to removal.  Petitioner to
                        file w/i 10 days copies of state court docs and svc list. cc: cnsl

    3 -  1   08/26/03   DEF 1 Notice of filing rule 7.1 disclosure statement w/att statement.

    4 -  1   08/26/03   DEF 1 Notice of compliance pursuant to 28:1445(a) w/att exhs.

    5 -  1   08/26/03   DEF 1 Service List.

    6 -  1   08/29/03   Stipulation for extension of time until 9/8/03 to file defendant's
                        answer.

    6 -  2   09/02/03   RRB Order granting stipulation for extension of time until 9/8/03 to
                        file defendants answer (6-1).  cc: cnsl

    7 -  1   09/08/03   DEF 1 Answer to Complaint.

    8 -  1   09/09/03   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this order. cc: cnsl

    9 -  1   09/11/03   PLF 1-4 Jury Demand.

   10 -  1   10/01/03   PLF 1-4; DEF 1 Scheduling & Planning Conference Report/

   11 -  1   10/10/03   RRB S&P Order setting PT ddlns: Original disc 10/01/04; Disp mots ddln
                        11/08/04; Estimate of trial 10 days. cc: cnsl

   12 -  1   02/12/04   DEF 1 Stipulation for extension of time until 2/16/04 to file defendants
                        responses to plaintiff's first set of discovery requests to def.

   12 -  2   02/13/04   RRB Order granting stipulation  for extension of time until 2/16/04 to
                        file defendants responses to plf's first set of discovery request to def
                        (12-1). cc: cnsl
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE K03-0004--CV (RRB)
                           "DONALD G. MUNHOVEN V NORTHWIND MARINE INC"

                                      For all filing dates


Document #    Filed      Docket text

    13 -  1   02/23/04   DEF 1 Stipulation and order for extension of time until 2/25/04 to file
                         defendants responses to plaintiff's first set for discovery requests to
                         defendant.

    14 -  1   02/25/04   RRB Minute Order granting stipulation and order for extension of time
                         until 2/25/04 to file defendant's response to plaintiff's first set for
                         discovery requests (13-1).   cc: cnsl

    15 -  1   08/27/04   DEF 1 Final Witness List.

    16 -  1   08/30/04   PLF 1-4 Final Fact & Expert Witness List.

    17 -  1   08/30/04   PLF 1-4 Final Fact & Expert Witness List.

    18 -  1   09/20/04   DEF 1 stipulation for extension of time until 10/15/04 for def to file
                         its responses to plf's second set for interrogatories to def and plfs'
                         request for admission to def.

    18 -  2   09/24/04   RRB Order granting stipulation for extension of time until 10/15/04 for
                         def to file its response to pltfs' 2nd set of interrogatories to def &
                         poltfs' request for admissions to def (18-1). cc: cnsl

    19 -  1   09/27/04   PLF 1-4 Status Report re pretrial dates in response to the order dated
                         10/10/03.

    19 -  2   09/27/04   PLF 1-4 Request for scheduling conference after 12/20/04.

    20 -  1   10/04/04   PLF 1-4; DEF 1 Stipulation for extension of time.

    20 -  2   10/06/04   RRB Order granting stipulation for extension of time (20-1); plfs have
                         until 10/15/04 to file responses to Northwind Marine's 2nd set of disc
                         rqsts.  cc: cnsl

    21 -  1   10/19/04   Stipulation for extension of time until 10/21/04 for def to file
                         responses to second set of interrogatories.  Plf shall have to 10/21/04
                         to file resposnes to def second set for discovery requests.

    21 -  2   10/21/04   RRB Order granting stipulation for extension of time until 10/21/04 for
                         def to file response to plfs' second set for interrogatories to def and
                         plf's requests for admissions to def and plf shall have until 10/21/04
                         to file their responses to def's second set fo discovery requests to plf
                         (21-1) .  cc: cnsl

    22 -  1   10/21/04   Stipulation for extension of time until 10/27/40 for plaintiffs to file
                         responses to def's second set fo discovery request to plf.  Def have
                         until 10/27/04 to file responses to plfs second set of interrogatories
                         to def and plfs requests for admissions to def.

    22 -  2   10/26/04   RRB Order granting stipulation  for extension of time until 10/27/40 for
                         plaintiffs to file responses to def's second set for disc requests and
                         defs have until 10/27/04 to file responses to plf's second set of
                         interrogatories  to def and plf's request for admissions to def (22-1).
                         cc: cnsl

    23 -  1   11/08/04   DEF 1 motion for partial summary judgment w/att exhs.


ACRS: R_VDSDX                As of 10/31/05 at 5:23 PM by GARRY                        Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE K03-0004--CV (RRB)
                        "DONALD G. MUNHOVEN V NORTHWIND MARINE INC"

                                    For all filing dates


 Document #   Filed      Docket text

    24 -   1  11/10/04   DEF 1 Supplement to exh re: DEF 1 motion for partial summary judgment
                         (23-1)  w/att exh.

    24A-   1  11/29/04   PLF 1-4 opposition to DEF 1 motion for partial summary judgment (23-1)
                         w/att exhs.

    24A-   2  11/29/04   PLF 1-4 motion cross-motion for a product finding w/att exhs.

    24B-   1  11/30/04   PLF 1-4 Errata re: opposition to DEF 1 motion for partial summary
                         judgment (23-1), and errata to PLF 1-4 motion cross-motion for a product
                         finding (24A-2).

    24C-   1  11/30/04   PLF 1-4 Affidavit of service re: PLF 1-4 motion cross-motion for a
                         product finding w/att exhs (24A-2).

    25 -   1  12/01/04   DEF 1 Preliminary Expert Disclosure w/att exh.

    26 -   1  12/14/04   Stipulation for extension of time until 12/17/04 for defendant to file
                         its reply to their motion for partial summary judgment adn oppo to plf's
                         cross mot for product finding.

    26 -   2  12/14/04   Order granting stipulation for extension of time until 12/17/04 for
                         defendant to file reply to the mot for partial sj and def's oppo to
                         plf's cross-mot for a product finding (26-1).  cc: cnsl

    27 -   1  12/17/04   DEF 1 reply to opposition to DEF 1 motion for partial summary judgment
                         (23-1) w/att exhs.

    27 -   2  12/17/04   DEF 1 opposition to PLF 1-4 cross-motion for a product finding (24A-2)
                         w/att exhs.

    28 -   1  12/30/04   PLF 1-4 Unopposed motion for extension of time until 1/10/05 for
                         plaintiffs' reply to the cross-mot for product finding.

    28 -   2  01/03/05   RRB Order granting unopposed motion for extension of time until 1/10/05
                         for plaintiffs' reply to the cross motion for product finding (28-1).
                         cc: cnsl

    29 -   1  01/03/05   PLF 1-4 Stipulation for extension of time until 1/10/04 to file reply to
                         the cross motion for sj.

    29 -   2  01/04/05   RRB Order granting stipulation for extension of time until 1/10/04 to
                         file reply to the cross motion for sj (29-1). cc: cnsl

    30 -   1  01/07/05   DEF 1 motion to accept supplement to expert witness list w/att exhs &
                         supplement to expert witness list.

    31 -   1  01/10/05   PLF 1-4 reply to opposition to PLF 1-4 motion cross-motion for a product
                         finding (24A-2).

    32 -   1  01/10/05   DEF 1 Second Preliminary Expert Disclosure w/att exhs.

    19 -   3  01/19/05   RRB Order status conference is set for 1/27/05 at 9:00 a.m. in Courtroom
                         #3.  Parties may appear telephonically.  cc: cnsl

    24 -   2  01/20/05   PLF 1-4 non-opposition to PLF 1-4 motion for status conference and
                         amendment to scheduling order (33-1).

ACRS: R_VDSDX                As of 10/31/05 at 5:23 PM by GARRY                         Page 3
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE K03-0004--CV (RRB)
                         "DONALD G. MUNHOVEN V NORTHWIND MARINE INC"

                                    For all filing dates

Document #    Filed       Docket text
----------    -----       -----------

   33 -   1   01/20/05    PLF 1-4 motion for status conference and amendment to scheduling order.

   34 -   1   01/20/05    PLF 1-4 opposition to DEF 1 motion to accept supplement to expert
                          witness list (30-1).

   35 -   1   01/26/05    RRB Order denying motion for partial summary judgment (23-1); granting
                          motion cross-motion for a product finding (24A-2).  cc: cnsl

   36 -   1   01/26/05    RRB Order granting motion for status conference and amendment to
                          scheduling order (33-1); status conf set for 1/27/05 at 9:00 a.m. cc:
                          cnsl

   37 -   1   01/27/05    RRB Court Minutes [ECR: Caroline Edmiston] Status conf held 1/27/05.
                          Trial setting conf set for 6/16/05 at 1:15 p.m. in Anchorage, Ak.  cc:
                          cnsl

   38 -   1   02/07/05    RRB Order granting motion to accept supplement to expert witness list
                          (30-1).  cc: cnsl

   39 -   1   02/07/05    DEF 1 Supplement to expert witness list.

   40 -   1   05/27/05    RRB Minute Order re the trial setting conf set for 1:15 p.m. 6/16/05 is
                          RESET for 10:15 a.m. cc: cnsl

   41 -   1   06/16/05    RRB Order setting the following dates: Final pretrial conference
                          02/02/06 at 8:30 a.m.; Exhibits due 01/17/06; TBJ date 02/06/06 8:30
                          a.m. in Ketchikan.  Estimated to last 10 days. cc: cnsl

   42 -   1   06/16/05    RRB Court Minutes [ECR: April Karper] re Trial Setting Conf (held
                          6/16/05); TBJ set for 2/6/06 at 8:30 a.m. in Ketchikan, estimate 5 to 10
                          days; cc: cnsl, JC.
```