FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 PM 4: 11

Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, And SUANN A. MUNHOVEN as the Natural Parent and Guardian Of MILES L. MUNHOVEN, a Minor Child, <br><br>  Plaintiffs, <br><br> v. <br><br> NORTHWIND MARINE, INC., <br><br>  Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br> Case No. K03-0004 CV (RRB) |

**REQUEST FOR STATUS CONFERENCE**

Defendant, Northwind Marine, Inc., by and through undersigned counsel, requests a status conference with the Court. Trial is presently scheduled to commence on February 6, 2006. There has arisen a difficulty in completing discovery which defendant believes necessitates a modest continuance.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

REQUEST FOR STATUS CONFERENCE                                          Page 1 of 3
Munhoven v. Northwind Marine, Inc.; Case No. K03-0004 CV [RRB]

Defendant believes such a continuance, in tandem, with a settlement conference, would be beneficial to both sides.

Plaintiff's liability expert Ed Schaeffer, passed away in recent months. Prior to Thanksgiving plaintiff informed defendant of their plan to substitute Kevin Lewis for Mr. Schaeffer, but to date Mr. Lewis has not yet prepared a report. He has, therefore, not been made available for deposition. Defendant has now been informed that Mr. Lewis wishes to conduct new testing upon some components of the product at issue. This gives rise to additional difficulties inasmuch as defendant will not have sufficient time prior to trial to address not only a new liability report, but also one premised on new testing.

In light of these developments, defendant proposes that trial be continued approximately 90 days. The loss of Mr. Schaeffer is clearly not the fault of either party. The proposed modest continuance would distribute the resulting hardship and inconvenience more equitably than the current situation promises to do.

Defendant also proposes that a settlement conference be held in Ketchikan, Alaska during one of the days presently reserved for trial. Ketchikan would be most convenient for the plaintiffs. Although the December 2004 mediation effort failed, the gap between the settlement positions of both parties has

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

REQUEST FOR STATUS CONFERENCE                                   Page 2 of 3
Munhoven v. Northwind Marine, Inc.; Case No. K03-0004 CV [RRB]

narrowed significantly since then, and there is reason to hope that, with the aid and prestige of the Court, it might be closed entirely. By early February, Mr. Lewis' report should also be available to inform the parties' settlement positions.

DATED at Anchorage, Alaska this 30th day of December, 2005.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

Andrew Guidi
Alaska Bar No.: 8312171

**CERTIFICATE OF SERVICE**

This certifies that I am an authorized agent of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on the **30ᵗ** day of **December, 2005**, I caused a true and correct copy of the foregoing to be faxed and mailed, U.S. Postal Service, postage prepaid to the following:

H. Clay Keene
KEENE & CURRALL
Currall Office Bldg.
540 Water Street, Suite 302
Ketchikan, AK 99901

Donna K. Daniels/112089

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

REQUEST FOR STATUS CONFERENCE
Munhoven v. Northwind Marine, Inc.; Case No. K03-0004 CV [RRB]
Page 3 of 3