UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MUNHOVEN, et al.   v.   NORTHWIND MARINE

DATE:   January 5, 2006          CASE NO.   K03-0004 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

A status conference will be held in this matter on **Tuesday, January 10, 2006, at 1:00 p.m.**, in Courtroom 2 in Anchorage, Alaska.

Counsel and parties needing to attend telephonically are to contact Patty Demeter, Case Management Clerk, at 907-677-6144, to make appropriate arrangements.

M.O. SCHEDULING HEARING