H. Clay Keene, Esquire
Alaska Bar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child,<br><br>        Plaintiffs,<br><br>  v.<br><br>NORTHWIND MARINE, INC.,<br><br>        Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>No. K03-004 CV (RRB) |

### PLAINTIFFS' MOTION FOR JURY VIEW

COME NOW Plaintiffs, by and through their attorney, H. Clay Keene of Keene & Currall, and move this Court for an order allowing the jury in the above-captioned case to view the Reliance Model skiff purchased by Plaintiffs from Defendant that is the subject of this action.

This motion is supported by the memorandum of law filed herewith.

**PLAINTIFFS' MOTION FOR JURY VIEW - Page 1 of 2 pages.**
*Munhoven v. Northwind*, Case No. K03-004 CV (RRB)
st/Sharon on Server/c:Munhoven, Don/22.303.A/Motion for Jury View

Dated this 9th day of January 2006.

                    KEENE & CURRALL
                    A Professional Corporation
                    Attorneys for Plaintiff

By _____
     H. Clay Keene, ABA No. 7610110
     Keene & Currall
     540 Water Street, Suite 302
     Ketchikan, Alaska 99901
     Phone: 907/225-4131
     Fax: 907/225-0540
     Email: info@keenecurrall.com

**Certificate of Service**
This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the 9th day of **January 2006**, I caused a true and correct copy of the foregoing to be:

■-**Faxed to No. 907/277-1331**
☐-Hand Delivered
■-**Mailed**
☐-Delivered to the court receptacle

to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501-1990

By _____
       Keene & Currall

**PLAINTIFFS' MOTION FOR JURY VIEW - Page 2 of 2 pages.**
*Munhoven v.Northwind*, Case No. K03-004 CV (RRB)
st/Sharon on Server/c:Munhoven, Don/22.303.A/Motion for Jury View