H. Clay Keene, Esquire
Alaska Bar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWIND MARINE, INC.,<br><br>Defendant. | <br><br><br><br><br><br><br><br><br><br><br>No. K03-004 CV (RRB) |

### PLAINTIFFS' MOTION IN LIMINE NO. 1

COME NOW now Plaintiffs, by and through their attorney, H. Clay Keene of Keene & Currall, and move this Court for an order in limine pursuant to Federal Rule of Evidence 408, precluding Defendant from submitting any argument or testimony at trial, or from asking any questions during voir dire, which relate in any way to conduct, offers, or statements made in compromise negotiations between the parties.

This motion is supported by the memorandum of law filed herewith.

**PLAINTIFFS' MOTION IN LIMINE NO. 1 - Page 1 of 2 pages.**
*Munhoven v. Northwind, Case No. K03-004 CV (RRB)*
st/Sharon on Server/c:Munhoven, Don/22.303.A/Motion in Limine No. 1

Dated this 9th day of January 2006.

KEENE & CURRALL
A Professional Corporation
Attorneys for Plaintiff

By _____
H. Clay Keene, ABA No. 7610110
Keene & Currall
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: 907/225-4131
Fax:   907/225-0540
Email: info@keenecurrall.com

**Certificate of Service**
This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the ___9th___ day of **January 2006**, I caused a true and correct copy of the foregoing to be:

■-**Faxed to No. 907/277-1331**
□-Hand Delivered
■-**Mailed**
□-Delivered to the court receptacle

to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501-1990

By _____
        Keene & Currall

**PLAINTIFFS' MOTION IN LIMINE NO. 1 - Page 2 of 2 pages.**
*Munhoven v.Northwind, Case No.* K03-004 CV (RRB)
st/Sharon on Server/c:Munhoven, Don/22.303.A/Motion in Limine No. 1

H. Clay Keene, Esquire
Alaska Bar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWIND MARINE, INC.,<br><br>Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>No. K03-004 CV (RRB) |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 1**

Plaintiffs move this Court for an order in limine pursuant to Federal Rule of Evidence 408 to preclude defendant from submitting any argument or testimony at trial, or from asking any questions during voir dire, which relate in any way to conduct, offers, or statements made during compromise negotiations between the parties and in support thereof state as follows:

Federal Rule of Evidence 408 provides:

> [e]vidence of (1) furnishing or offering or promising to furnish, or (2) accepting or offering or promising to accept, a valuable consideration in compromising or attempting to compromise a claim which was disputed as to either validity or amount, is not admissible to prove liability for an invalidity of the claim or its amount. Evidence of conduct on statements made in compromise negotiations are likewise not admissible.

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 1 - Page 1 of 3 pages.**
*Munhoven v. Northwind, Case No. K03-004 CV (RRB)*
st/Sharon on Server/c:Munhoven, Don/22.303.A/Memorandum Re Motion in Limine No. 1

FRE 408.

Any offer made by plaintiffs to resolve this dispute was motivated by a desire to avoid the costs to the parties of going to trial and was not a concession by plaintiffs of any weakness in their position. Furthermore, precluding defendant from presenting any argument or testimony at trial, or from asking questions during voir dire, that relate to conduct, offers, or statements made during compromise negotiations, including the offer to build Plaintiffs a new skiff, between the parties will promote public policy favoring the compromise and settlement of disputes.

Plaintiffs' motion for an order in limine to preclude defendant from submitting any argument or testimony at trial, or from asking any questions during voir dire, that relate to conduct, offers, or statements made during compromise negotiations between the parties should be granted.

Dated this 9th day of January 2006.

KEENE & CURRALL
A Professional Corporation
Attorneys for Plaintiff

By _____
H. Clay Keene, ABA No. 7610110
Keene & Currall
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: 907/225-4131
Fax:    907/225-0540
Email: info@keenecurrall.com

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 1 - Page 2 of 3 pages.**
*Munhoven v.Northwind, Case No.* K03-004 CV (RRB)
st/Sharon on Server/c:Munhoven, Don/22.303.A/Memorandum Re Motion in Limine No. 1

**Certificate of Service**

This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the ___9th___ day of **January 2006**, I caused a true and correct copy of the foregoing to be:

■ -Faxed to No. 907/277-1331
☐ -Hand Delivered
■ -Mailed
☐ -Delivered to the court receptacle

to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501-1990

By _____
    Keene & Currall

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 1 - Page 3 of 3 pages.**
*Munhoven v.Northwind, Case No.* K03-004 CV (RRB)
st/Sharon on Server/c:Munhoven, Don/22.303.A/Memorandum Re Motion in Limine No. 1