H. Clay Keene, Esquire
Alaska Bar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child,<br><br>  Plaintiffs,<br><br>v.<br><br>NORTHWIND MARINE, INC.,<br><br>  Defendant. | No. K03-004 CV (RRB) |

## ORDER RE PLAINTIFFS' MOTION IN LIMINE NO. 2

Plaintiffs having moved for an order in limine pursuant to Federal Rules of Evidence 402 and 403 to preclude Defendant from submitting any argument or testimony at trial, or from asking any questions during voir dire, which relate in any way to persons who have been injured or killed in explosions while welding on boats in the Ketchikan area, the Court having considered Plaintiffs' motion, any opposition thereto, and otherwise being fully informed,

IT IS ORDERED that Defendant is precluded from submitting any argument or testimony at trial, or from asking any questions during voir dire, which relate in any way to persons who have been injured or killed in explosions while welding on boats in the Ketchikan area.

**ORDER IN LIMINE RE PLAINTIFFS' MOTION IN LIMINE NO. 2 - Page 1 of 2 pages.**
*Munhoven v.Northwind, Case No.* K03-004 CV (RRB)
st/Sharon on Server/c:Munhoven, Don/22.303.A/Order Re Motion in Limine No. 2

Dated this ____ day of _____ 2006.

_____
Ralph R. Beistline, U.S. District Court Judge

**Certificate of Service**
This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the __9th__ day of **January 2006**, I caused a true and correct copy of the foregoing to be:

■-**Faxed to No. 907/277-1331**
☐-Hand Delivered
■-**Mailed**
☐-Delivered to the court receptacle

to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501-1990

By _____
        Keene & Currall

**ORDER IN LIMINE RE PLAINTIFFS' MOTION IN LIMINE NO. 2 - Page 2 of 2 pages.**
*Munhoven v. Northwind, Case No. K03-004 CV (RRB)*
st/Sharon on Server/c:Munhoven, Don/22.303.A/Order Re Motion in Limine No. 2