IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child,<br><br>          Plaintiffs,<br><br>vs.<br><br>NORTHWIND MARINE, INC.,<br><br>          Defendant. | Case No. K03-0004 CV (RRB)<br><br><br>**ORDER FOR SETTLEMENT CONFERENCE** |

In preparation for the settlement conference scheduled for **Wednesday, February 8, 2006, at 9:00 a.m.**, in Ketchikan, Alaska, each party shall submit to chambers a confidential settlement brief on or before **January 24, 2006.** This settlement brief shall not be filed with Court or served on opposing parties. The settlement brief shall be on 8-1/2 x 11 inch paper, double-spaced, and shall not exceed 20 pages, including attachments.

SETTLEMENT CONFERENCE ORDER - 1
K03-0004 CV (RRB)

In an effort to determine the realistic settlement possibility, the parties **must** make a full disclosure of their best evaluation of the potential outcome of the case and what they are will to take to settle. All of the strengths and weaknesses of one's case must be discussed candidly in the party's settlement brief and be given appropriate effect in one's settlement position as to the worth of the case.

If plaintiff seeks monetary damages, a specific present reasonable dollar amount must be set forth. If plaintiff is unable to set forth such figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons that no such figure can be included.

Defendant must set forth its present reasonable dollar figure offer. Likewise, if defendant is unable to set forth such figure, a convincing statement must be included, stating the reasons no such figure can be included.

A party's settlement memorandum may not be disclosed to anyone without the party's consent and is not admissible in evidence. The confidential settlement briefs will be destroyed by after any held settlement conference.

At the settlement conference, all counsel shall appear with full authority to settle all issues of this litigation and, if such is impossible to obtain, counsel shall have their clients,

SETTLEMENT CONFERENCE ORDER - 2
K03-0004 CV (RRB)

with full settlement authority, available in person or by telephone at the time of the settlement conference.

ENTERED this 10th day of January, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE