UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MUNHOVEN, et al.   v.   NORTHWIND MARINE

DATE:   January 18, 2006      CASE NO.   5:03-CV-0004 RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE SETTLEMENT CONFERENCE**

---

The Court has scheduled a settlement in this matter for **February 8, 2006, at 9:00 a.m.**, in Ketchikan, Alaska. While it appears that if this matter is not ultimately resolved prior to trial a jury will be the final arbiter, the Court would still request that each party expressly agree, by **January 31, 2006**, that the assigned judge can act as settlement judge, recognizing that he will be the trial judge as well.

M.O. RE SETTLEMENT CONFERENCE