Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, And SUANN A. MUNHOVEN as the Natural Parent and Guardian Of MILES L. MUNHOVEN, a Minor Child, <br><br>             Plaintiffs, <br><br> v. <br><br> NORTHWIND MARINE, INC., <br><br>             Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. K03-0004 CV (RRB) |

**NOTICE OF CONSENT TO SETTLEMENT JUDGE**

    Pursuant to the Court's Minute Order dated January 18, 2006, defendant Northwind Marine, Inc. hereby gives notice that it consents to the assigned judge acting as the settlement judge

for the settlement conference on February 8, 2006.

DATED at Anchorage, Alaska this 20th day of January, 2006.

> DELANEY, WILES, HAYES,
> GERETY, ELLIS & YOUNG, INC.
> *Attorneys for Defendant* NORTHWIND MARINE, INC.
>
> s/Andrew Guidi
> Alaska Bar No.:  8312171
> 1007 West Third Avenue, Suite 400
> Anchorage, Alaska   99501
> PHONE:  907-279-3581/FAX:  907-277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2006, a copy of Notice of Consent to Settlement Judge was served electronically and via USPS, first class mail, postage prepaid on:

> H. Clay Keene
> KEENE & CURRALL
> Currall Office Bldg.
> 540 Water Street, Suite 302
> Ketchikan, AK 99901

s/Andrew Guidi (112851)