H. Clay Keene, Esquire
Alaska Bar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWIND MARINE, INC.,<br><br>Defendant. | No. K03-004 CV (RRB) |

### ACKNOWLEDGMENT OF PLAINTIFFS' CONSENT TO JUDGE RALPH A. BEISTLINE SERVING AS SETTLEMENT JUDGE

Responding to the Court's Minute Order of January 18, 2006, the Plaintiffs', by and through their attorney, H. Clay Keene of Keene & Currall, of Ketchikan, Alaska, acknowledge their consent to Judge Ralph A. Beistline, the trial judge assigned to this case, serving as the settlement judge at the settlement conference scheduled for February 8, 2006 in Ketchikan, Alaska.

ACKNOWLEDGMENT OF PLAINTIFFS' CONSENT TO JUDGE RALPH A. BEISTLINE
SERVING AS SETTLEMENT JUDGE - Page 1 of 2 pages.
*Munhoven v.Northwind, Case No.* K03-004 CV (RRB)
st/Sharon on Server/c:Munhoven, Don/22.303.A/Acknowledgment of Consent Re Settlement Judge