Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, And SUANN A. MUNHOVEN as the Natural Parent and Guardian Of MILES L. MUNHOVEN, a Minor Child,<br><br>           Plaintiffs,<br><br>    v.<br><br>NORTHWIND MARINE, INC.,<br><br>           Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. K03-0004 CV (RRB) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW defendant, Northwind Marine, Inc., by and through counsel, and hereby moves for an extension of time until January 31, 2006, in which to respond to the following motions filed by plaintiff on January 9, 2006: (1) Plaintiffs' Motion *In Limine*

No. 1; (2)    Plaintiffs' Motion *In Limine* No. 2; and (3) Plaintiffs' Motion For Jury View.  The undersigned conferred with plaintiffs' counsel by telephone on January 23, 2006, and was informed that plaintiff does not oppose this extension of time.

DATED at Anchorage, Alaska this 23rd day of January, 2006.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
*Attorneys for Defendant* NORTHWIND MARINE, INC.

s/Andrew Guidi
Alaska Bar No.: 8312171
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
PHONE: 907-279-3581/FAX: 907-277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2006, a copy of Unopposed Motion For Extension of Time was served electronically and via USPS, first class mail, postage prepaid on:

H. Clay Keene
KEENE & CURRALL
Currall Office Bldg.
540 Water Street, Suite 302
Ketchikan, AK 99901

s/Andrew Guidi (112925)