Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, And SUANN A. MUNHOVEN as the Natural Parent and Guardian Of MILES L. MUNHOVEN, a Minor Child, <br><br>          Plaintiffs,<br><br>  v.<br><br>NORTHWIND MARINE, INC.,<br><br>          Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. K03-0004 CV (RRB) |

**PROPOSED ORDER RE:**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Court, having considered defendant Northwind Marine, Inc.'s Unopposed Motion for Extension of Time, IT IS HEREBY ORDERED that the motion is GRANTED. Defendant shall have until **January 31, 2006** to file its responses to: (1) Plaintiffs'

Motion *In Limine* No. 1; (2) Plaintiffs' Motion *In Limine* No. 2; and (3) Plaintiffs' Motion For Jury View.

DATED at Anchorage, Alaska this ____ day of _____, 2006.

_____
USDC Judge Ralph R. Beistline

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2006, a copy of Proposed Order re: Unopposed Motion For Extension of Time was served electronically and via USPS, first class mail, postage prepaid on:

> H. Clay Keene
> KEENE & CURRALL
> Currall Office Bldg.
> 540 Water Street, Suite 302
> Ketchikan, AK 99901

s/Andrew Guidi (112926)