Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DONALD G. MUNHOVEN, SUANN A.  )
MUNHOVEN, DONALD T. MUNHOVEN, )
And SUANN A. MUNHOVEN as the  )
Natural Parent and Guardian   )
Of MILES L. MUNHOVEN, a Minor )
Child,                        )
                              )
              Plaintiffs,     )
                              )
    v.                        )
                              )
NORTHWIND MARINE, INC.,       )
                              )
                              )
                              )    Case No. K03-0004 CV (RRB)
              Defendant.      )
_____)

**◼◼◼◼◼ ORDER RE:**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Court, having considered defendant Northwind Marine, Inc.'s Unopposed Motion for Extension of Time, IT IS HEREBY ORDERED that the motion is GRANTED.  Defendant shall have until **January 31, 2006** to file its responses to:  (1)  Plaintiffs'

Motion *In Limine* No. 1; (2)  Plaintiffs' Motion *In Limine* No. 2;

and (3)  Plaintiffs' Motion For Jury View.

DATED at Anchorage, Alaska this 24 day of January, 2006.

USDC Judge Ralph R. Beistline

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day
of January, 2006, a copy of Proposed
Order re:  Unopposed Motion For Extension
of Time was served electronically and
via USPS, first class mail, postage prepaid on:

H. Clay Keene
KEENE & CURRALL
Currall Office Bldg.
540 Water Street, Suite 302
Ketchikan, AK 99901

s/Andrew Guidi (112926)