KETCHIKAN GENERAL HOSPITAL       3100 TONGASS AVE        KETCHIKAN , AK

E M E R G E N C Y   D E P A R T M E N T   N O T E   -   C O P Y

Patient Name: MUNHOVEN, Donald  G.              Birthdate: 04/12/1956(46 )
MRUN: 02167851              Account #: 022471429        Sex: M
Admit Date:                 Disch Date:                 Type: E
Dictating Provider: MELOCHE, E.                 Room/Bed:
----------------------------------------------------------------------------
ED9991 (Revised Report)

DOS:  12/08/01 at 1455 hours.

CHIEF COMPLAINT:  Shoulder pain.

HISTORY OF PRESENT ILLNESS:  The patient is a 45 year old male who while
welding on a boat set off a gas explosion.  He was knocked to the ground and
landing on his left shoulder, experiencing pain at his left shoulder.  He has
no difficulty breathing, no cough, no burns.  Minimal effect from the blast.
He was not knocked unconscious.  He felt a little stunned after hitting his
shoulder, and he has no weakness in his arms or legs, no headache pain,
blurred vision, double vision.  There is no shortness of breath, no abdominal
pains, vomiting or diarrhea.  There is no joint inflammation, no other injury.

ALLERGIES:  None.

CHRONIC ILLNESSES:  None.

CURRENT MEDICATIONS:  None.

IMMUNIZATIONS:  Are up to date.

PHYSICAL EXAMINATION:
 VS:      Temp 97.3, pulse 82, respirations 20 without any signs of respiratory
          difficulty.  O-2 saturation 99% on room air.  BP 131/89.
 HEENT:   Normal.  Airway clear.  Eyes are normal.  Optic fundi are benign.
 NECK:    Supple, nontender.  There is full range of motion without difficulty.
 CHEST:   Clear with bilateral breath sounds in all lung fields.
 HEART:   Sounds normal.
 ABDOM:   Benign.
 NEURO:   Normal.
 EXTREM:  The left upper extremity has some marked tenderness over the
          clavicle, and pain with any movement of the shoulder girdle that
          involves the clavicle.  There is no other injuries that are apparent.

X-RAYS:  X-ray of the left clavicle revealed a mid-shaft fracture to the left
clavicle.

IMPRESSION:  Acute mid-shaft fracture, left clavicle.  Chest x-ray revealed no
other signs of respiratory disease.  The patient was given some Demerol and
Phenergan for pain, a clavicle splint, routine clavicle strap warnings were
given.  The patient understood these and necessitated to remove clavicle strap
should any weakness, numbness or swelling occur in either arm, and return to
the Emergency Room for evaluation.  The patient will be followed up by the
Southeast Orthopedics and return here if worse.  Vicodin was prescribed for
pain, 1 every four hours, and Ibuprofen 1 every eight hours and the patient
left the Emergency Room in good condition with the above instructions.

EXHIBIT  A
Page  1  of  2

NM-00614
Munhoven v. Northwind Marine

KETCHIKAN GENERAL HOSP1 L     3100 TONGASS AVE     KETCHIKAN , AK

E M E R G E N C Y   D E P A R T M E N T   N O T E   -   C O P Y

Patient Name: MUNHOVEN, Donald  G.                    Birthdate: 04/12/1956(46 )
MRUN: 02167851                  Account #: 022471429        Sex: M
Admit Date:                     Disch Date:                 Type: E
Dictating Provider: MELOCHE, E.                       Room/Bed:
-------------------------------------------------------------------------------
DISCHARGE DIAGNOSIS:   Fracture of the left clavicle.


If not dictating provider, by placement of his/her electronic signature, NES
independent contractor has reviewed but not verified the content of dictated
report.


    E. MELOCHE, MD
    D:  12/09/01
    T:  12/13/01/ma

ADDENDUM          6/24/02

The patient was initially seen 12/8/01 at 14:55 hours.  This addendum is
specifically related to the history of present illness as initially dictated.
I originally dictated that the patient was a 45-year-old male who while
welding on his boat set off a gas explosion and was knocked to the ground.
This was, in fact, a mistake as the patient was not welding on his boat.  He
was trying to repair the boat by grinding on a portion of the boat when the
event happened.  There was no welding involved whatsoever.  What he stated to
me was that he was working on a welded boat with a grinder, and I mistook him
for saying he was welding on the boat.  This is clearly my error.


    E. MELOCHE, MD
    Dict:  6/24/02
    Trans: 6/24/02/kak
-------------------------------------------------------------------------------
Provider Responsible for Electronic Signature: MELOCHE, ERNEST

Electronically Signed On:
(Blank until electronically signed by Responsible Provider)

EXHIBIT A
Page 2 of 2
NM-00615
Munhoven v. Northwind Marine