# Emergency Department Record — Ketchikan General Hospital

| Patient | ARV | D/C | Mode | ARV | D/C | Condition | ARV | D/C | Admit |
|---|---|---|---|---|---|---|---|---|---|
| Medics | | | Ambulatory | ✓ | ✗ | Improved | | | Date 12/8/01 |
| Law Enforcement | | | Crutches | | | Stable | ✗ | ✗ | Time |
| Parent | | | Wheelchair | | | No Change | | | In 1455 |
| Family | ✗ | ✗ | Stretcher | | | Unstable | | | Time |
| Friend | | | Backboard | | | | | | Out 1630 |
| Work | | | C-Collar | | | | | | |
| Care Giver | | | Carried | | | | | | Acuity 3 |
| Detox | | | | | | | | | |
| OTHER | | | | | | | | | |

**Munhoven**

| ED Priority | A | 1 Critical | 2 Emergent | (3) Stable | 4 Non-urgent | Disposition | | | | | | M/S OR | MH Peds | OB SCU | OBV Tele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Discharge | Transferred | AMA | Expired | Admit | | | | | |

Initial Complaint: (L) Shoulder Pain
DCI: ✗ PT ✓ Written   Clothing/Valuables: ☐ Family
SUDCI: ☐ S/O ✓ Verbal   Work/School  DC w/pt ☐ Safe ☐ Name

Assessment: Blew skiff up
welding mans boat
hit him. Pain in arm
shoulder

Allergies: Latex ✗ No ☐ Yes
Health History: Htn Cardiac  Resp Diabetes  Hepatic Neuro  Substance Abuse Tobacco — denies
ABUSE NEGLECT

TB: cough x 2-3 weeks, fever, wt loss &/or night sweats, hi risk group, +/-

GYN LMP___ NML/ABNL___
Sexually Active___ Birth Control___
FHT:___
Gravida___ Para___ TAB___ SAB___
Vag Discharge:___ Color___

EYE  C  Visual Acuity Correction  S
OS
OD
OU

Current Medications: denies
☐ Flow Form  Last Tetanus: UTD  Weight Lbs./kg  BW

| Time | Temp | Pulse | Resp | BP | O2 Sat | Oxygen | GCS |
|---|---|---|---|---|---|---|---|
| 1455 | 97.3 | 82 | 20 | 134/47 | 99% | | |

Nursing Analysis: Health Seeking, Imp Skin/Mobility, Alt in Comfort
Plan of Care: VS, MD eval, Med disp
Evaluation: Plan of care met ✓ Yes ☐ No
Discharge Plan: ☐ See Form ✓ No Problem

Signature (RN, ET): [signature]

PMD: ☐ Yes ☐ No   EVP: Meloche   Consult/Follow-up/Admit MD: SE Ortho

**ORDERS** | **OUTCOME** | Time/Int
--- | --- | ---
Clavicle — [crossed out] L/ done | |
Demerol 100 / Vistaril | 1510
Phenergan SU | |
O2 Sat ↓ | |
Clavicle Splint | 1615

☐ Amylase ☐ Chem 7 ☐ Pt/Ptt ✗ CXR
☐ BC x 1 ☐ Etoh ☐ Rapid A ☐ PCR
☐ BC x 2 ☐ Hepatic ☐ T&S ☐ C Spine
✓ CBC ☐ Metabolic ☐ UA
☐ CE/Trop ☐ Mg ☐ cx ☐ Vag cx
☐ Cath

☐ Old Records:
☐ Ekg:
☐ ABG ☐ Rm Air
Take Home Meds/Rx: Vicodin   MIG

Diagnosis: Fx (L) Clavicle

Physician Signature: [signature]

EXHIBIT B
Page 1 of 1

41048 Rev 9/98   White - Medical Record   Yellow - Physician   Pink - Consult

NM-00626
Munhoven v. Northwind Marine