**SEAK Professional Services, LLC**

1                    IN THE UNITED STATES DISTRICT COURT

2                      FOR THE DISTRICT OF ALASKA

3    DONALD G. MUNHOVEN, SUANN A.    )
     MUNHOVEN, DONALD T. MUNHOVEN,   )
4    And SUANN A. MUNHOVEN as the    )
     Natural Parent and Guardian     )
5    of MILES L. MUNHOVEN, a Minor   )
     Child,                          )
6                                    )
                   Plaintiffs,       )
7                                    )
            vs.                      )
8                                    )
     NORTHWIND MARINE, INC.,         )
9                                    )
                   Defendant.        )    No.   K03-004 CV (RRB)
10                                   )

11        VIDEOTAPED DEPOSITION ON ORAL EXAMINATION

12                            OF

13                   DONALD G. MUNHOVEN

14                         VOLUME I

15
         July 13, 2004   Pages   4 through 273
16       July 14, 2004   Pages 274 through 303

17

18

19

20

21

22   SEAK Professional Services, LLC
     833 Schoenbar Road
23   Ketchikan, Alaska 99901
     907-225-1145

24

25

EXHIBIT ___C___
Page _____ of _____

Munhoven Direct

SEAK Professional Services, LLC

1   A   Just parts.  Beam troll (ph).

2   Q   Do you have a welder at your shop?

3   A   No, it's on the lodge.

4   Q   So you have a welder at the lodge?

5   A   Uh-huh (affirmative).

6   Q   Why do you need one at the lodge?

7   A   Because everything is steel.

8   Q   So in case of repair.  Is it an arc welder?

9   A   Yeah.

10  Q   And you only have one?

11  A   Two.

12  Q   And they're both at the lodge?

13  A   One at the house.

14  Q   One at the house, okay.  And they're both arc welders

15      right?

16  A   Yeah.

17  Q   And what type are we talking about?

18  A   What do you mean?

19  Q   When you say arc welder -- just so we both know what

20      you're talking about, you're talking about the type of

21      welder where you ground the piece you're going to weld

22      on, and you have an electrode basically with a fusible

23      stick.....

24  A   Right.

25  Q   .....you touch, right?

-57-

EXHIBIT _____C_____

Page _____ of _____

Munhoven Direct

1  A    Right.

2  Q    .....create a bead?

3  A    Right.

4  Q    And let the shorting electricity melt it, right?

5  A    Right.

6  Q    All right.  How long have you owned those?

7  A    Probably 10 years.

8  Q    Do you have any experience, or ever tried to weld

9       aluminum?

10 A    No.

11 Q    Have you ever done any tig welding?

12 A    No.

13 Q    Or inert gas?

14 A    (Inaudible reply)

15 Q    And you've never been employed as a welder I take it?

16 A    No.

17 Q    Do you know what the term hot work means, in relation to

18      welding?

19 A    I believe it's when you're welding I guess, uh?

20 Q    I guess I'm -- I guess the better question to ask you is,

21      what if -- if you've heard the term before?  Have you

22      heard the term before?

23 A    Yes.

24 Q    And what does it mean to you?  How do you understand it?

25 A    I think anything that you -- the way I see it, using

EXHIBIT ____ C ____
Page ____ of ____

Munhoven Direct

1      something that creates heat.

2  Q   Okay.  Let me ask you, in terms of your knowledge of

3      welding, whether you believe it would be a good, or a bad

4      idea, or whether it's not possible for you to answer this

5      question, welding on a closed container or tank.

6  A   Uh-huh (affirmative).

7  Q   Have you ever done that?

8  A   No.

9  Q   Do you have any idea of whether that would be potentially

10     hazardous?

11  A   I think so, yeah.

12  Q   And if you don't know what's in a container, or what's

13     been in it, would that tend to increase your fear of

14     doing it.....

15  A   Yes.

16  Q   .....or your concern about doing it?

17  A   Uh-huh (affirmative).

18  Q   So you generally would agree that it's a bad idea to weld

19     on a closed container or tank, particularly if you don't

20     know what's inside?

21  A   Uh-huh (affirmative).  Yes.

22  Q   Is that something that you only learned as a result of

23     this case, or after this explosion, or something you just

24     sort of knew as a matter of common sense?

25  A   Just common sense.

-59-

EXHIBIT___C___
Page ___ of ___

Munhoven Direct

1    Q    Well.  Anyway the amount that you heard was sloshing

2         around down there, was at least significant enough that

3         you wanted to investigate it and see how it was getting

4         in there, and you believed it was water intruding from

5         somewhere, right?

6    A    Yeah.  I just assumed.  Yeah.  I was just.....

7    Q    And.....

8    A    But I didn't know, so I was real cautious. I didn't want

9         to -- I didn't want even enter that compartment, you

10        know.  Like I told Rex, I said you know Rex, I almost

11        took a drill and drilled into it.  And he said man, it's

12        a good thing you didn't because you probably wouldn't be

13        here right now.

14   Q    I suppose it.....

15   A    And he's -- he's a welder.  And he says it would have

16        been probably fatal.  It probably would have killed you

17        if it.  And I almost did it.  I almost put it up on the

18        beach to do the inspection.  But I couldn't -- if I put

19        it up on the beach, I really couldn't tell or look

20        underneath it, so that's why -- I said well let's just

21        hang it from the dock so we can take a better look at it.

22   Q    The -- was the boat on an even keel?

23   A    Yes.

24   Q    Well I know that it was bow high.

25   A    But it was level.

-202-

EXHIBIT    C
Page        of

SEAK Professional Services, LLC

SEAK Professional Services, LLC

Munhoven Direct

1      in Dr. Meloche's report?

2  A    Well we were -- I think it happened by the research

3      filing the Coast Guard accident report.  And I think

4      somebody, or somehow tipped me off saying this is what

5      the report read.  And so I researched, and went up there,

6      and -- to get it, and I was surprised what I was reading,

7      and saying I was welding.  When I -- and I remember

8      telling the doctor, working on a welded aluminum skiff.

9  Q    Had you already retained a lawyer at the time that you

10     asked Dr. Meloche to change his report?

11  A    No.

12  Q    Were you thinking about suing Northwind Marine at that

13     time?

14  A    No.

15  Q    I'm wondering why you cared whether he had a mistake in

16     the.....

17  A    Well it isn't true.

18  Q    Now when you went into the emergency room did you give a

19     description of the accident directly to Dr. Meloche?

20  A    There were several people in there, seemed like he was

21     trying to fix my shoulder up and stuff and take care of

22     me, and then there was some nurses in there.

23  Q    Usually you go into an emergency room, you talk to a

24     nurse first, and then later you go see a doctor,

25     depending on your condition.

-238-

EXHIBIT C

Page ____ of ____

Munhoven Direct

1  A    Yeah, I don't remember it was crazy.....

2  Q    You don't remember in this case?

3  A    .....I remember trying to explain what happened, and then

4       what he reported on here was not what happened.

5  Q    If you'd been welding on a boat, let's just go with that

6       for a while.

7  A    Uh-huh (affirmative).

8  Q    I'm trying to understand why that was significant of

9       enough of a discrepancy to cause you to go and ask the

10      doctor and go to some trouble to ask the doctor to change

11      his report, apart from maybe it's not accurate.

12 A    Uh-huh (affirmative).

13 Q    Why do you care?  I mean what would have been the

14      significance if you'd been welding on a boat?

15 A    It just wasn't -- there was an incident a year or two

16      ago.  That somebody was welding on a skiff, and it blew

17      up.  And they knew that there was gas, it was used for

18      packing fuel and all this stuff.  And so that wasn't the

19      case here.

20 Q    Who was involved in that incident?

21 A    I don't remember the guy's name.  It was, you know quite

22      the ordeal, killed himself and.....

23 Q    Was it reported in the local paper?

24 A    Probably yeah.  Yeah, it was probably in the paper.  And

25      then there was just a -- it was really a big mistake on

-239-

EXHIBIT C

Page ____ of ____

SEAK Professional Services, LLC

Munhoven Direct

1  his part.  He was a welder, and he knew that the boat was

2  used for hauling gas, and it was like compartments with

3  gas in it.  And it was where to fix the cracks, or

4  whatever repairs that he was trying to repair, so.....

5  Q  So were you.....

6  A  So that wasn't the thing here.  When I saw this and

7  started reading this welding boat, wasn't that at all.

8  Q  Were you concerned that someone reading this report would

9  conclude that you had been careless or negligent because

10  you were welding on a boat, and you didn't want to leave

11  that impression?

12  A  No, I don't think so.

13  Q  Do you think it would have been careless or negligent to

14  weld on a boat, if you had done it?

15  A  Well Northwind welded on it, when it had -- unless they

16  did the tank, or you know they -- I don't know.  I just -

17  - I just read that, and looked at that, and said well

18  that isn't true.  We were using a wire wheel grinder, on

19  a solid welded aluminum boat, is what I told them.

20  Q  Okay.  But let me just get a clear answer.  Do you think

21  it would it have been negligent.  Forget about the

22  report, forget about anything else.  Would it have been

23  negligent and -- to have welded on the boat at the time

24  of the accident?

25  A  I don't think so.

-240-

EXHIBIT    C
Page ___ of ___

Munhoven Direct

SEAK Professional Services, LLC

1  Q   The.....

2  A   Because we had Putnam weld on it.  We had other people

3      weld on it, had the people that did the repairs,

4      Northwind weld on it, so -- what difference does it make

5      if I was welding on it, or not welding on it.  It just

6      wasn't true in filling the Coast Guard, and I think

7      that's how it happened there too, because they -- I think

8      either they got the report and they told me about it, so

9      I went up there and got a copy of it.

10 Q   Well they -- let me just represent to you.....

11 A   Yeah.

12 Q   I don't know how they would get the report from the

13     doctor for your private medical record.  The only reason

14     I have for example is because I got.....

15 A   Right.

16 Q   .....a release for you.  And you're suing so -- and so I

17     could get a release.

18 A   Right.  I'm just -- I'm just assuming, or I'm just trying

19     to remember what or how it took place, when I just got

20     notice of it.

21 Q   But you don't recall how you got notice of the contents

22     of Dr. Meloche's report?

23 A   I'm -- I'm thinking the Coast Guard, or I'm not sure but

24     for some reason it was noticeable somehow.  I just.....

25 Q   The.....

-241-

EXHIBIT  C
Page ___ of ___