Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, And SUANN A. MUNHOVEN as the Natural Parent and Guardian Of MILES L. MUNHOVEN, a Minor Child, <br><br>       Plaintiffs, <br><br>   v. <br><br> NORTHWIND MARINE, INC., <br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. K03-0004 CV (RBB) |

**(PROPOSED) ORDER DENYING
PLAINTIFFS' MOTION *IN LIMINE* NO. 2**

For the reasons set forth in Defendant Northwind Marine, Inc.'s ("Northwind") Opposition to the plaintiffs' Donald G. Munhoven, Suann A. Munhoven, Donald T. Munhoven, and Miles L. Munhoven ("Munhoven" or "Plaintiffs") Motion *In Limine* No. 2, the Plaintiffs' **Motion In Limine No. 2** is **DENIED.**

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska this ____ day of _____, 2006.

_____
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 31st day of January, 2006, a copy of **PROPOSED ORDER DENYING PLAINTIFF'S MOTION *IN LIMINE* NO. 2** was served electronically and via USPS, first class mail, postage prepaid on:

```
H. Clay Keene
KEENE & CURRALL
Currall Office Bldg.
540 Water Street, Suite 302
Ketchikan, AK 99901
```

s/Andrew Guidi (113218)