Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, And SUANN A. MUNHOVEN as the Natural Parent and Guardian Of MILES L. MUNHOVEN, a Minor Child,<br><br>        Plaintiffs,<br><br>  v.<br><br>NORTHWIND MARINE, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. K03-0004 CV (RRB) |

**DEFENDANT'S NON-OPPOSITION**
**TO PLAINTIFF'S MOTION *IN LIMINE* NO. 1**

    Defendant Northwind Marine, Inc.'s ("Northwind") files this non-opposition to the Motion *in Limine* No. 1 filed by plaintiffs Donald G. Munhoven, Suann A. Munhoven, Donald T. Munhoven, and Miles L. Munhoven ("Munhoven" or "Plaintiffs").

DATED at Anchorage, Alaska this 31st day of January, 2006.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
*Attorneys for Defendant NORTHWIND MARINE, INC.*

s/Andrew Guidi
Alaska Bar No.:  8312171
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
PHONE:  907-279-3581/FAX:  907-277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2006, a copy of **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 1** was served electronically and via USPS, first class mail, postage prepaid on:

H. Clay Keene
KEENE & CURRALL
Currall Office Bldg.
540 Water Street, Suite 302
Ketchikan, AK 99901

s/Andrew Guidi (113261)