H. Clay Keene, Esquire
Alaska Bar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWIND MARINE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. K03-004 CV (RRB) |

### ORDER RE PLAINTIFFS' MOTION IN LIMINE NO. 1

Plaintiffs having moved for an order in limine pursuant to Federal Rule of Evidence 408 to preclude Defendant from submitting any argument or testimony at trial, or from asking any questions during voir dire, which relate in any way to conduct, offers, or statements made in compromise negotiations between the parties, the Court having considered Plaintiffs' motion, any opposition thereto, and otherwise being fully informed,

IT IS ORDERED that Defendant is precluded from submitting any argument or testimony at trial, or from asking any questions during voir dire, which relate in any way to conduct, offers, or statements made in compromise negotiations between the parties.

ORDER IN LIMINE RE PLAINTIFFS' MOTION IN LIMINE NO. 1 - Page 1 of 2 pages.
*Munhoven v.Northwind, Case No.* K03-004 CV (RRB)
st/Sharon on Server/c:Munhoven, Doc/22.303.A/Order Re Motion in Limine No. 1

Ralph R. Beistline, U.S. District Court Judge

**Certificate of Service**

This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the ___9th___ day of **January 2006**, I caused a true and correct copy of the foregoing to be:

■-**Faxed to No. 907/277-1331**
□-Hand Delivered
■-**Mailed**
□-Delivered to the court receptacle

to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501-1990

By _____
         Keene & Currall

**ORDER IN LIMINE RE PLAINTIFFS' MOTION IN LIMINE NO. 1 - Page 2 of 2 pages.**
*Munhoven v.Northwind, Case No.* K03-004 CV (RRB)
st/Sharon on Server/c:Munhoven, Don/22.303.A/Order Re Motion in Limine No. 1

KEENE & CURRALL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
540 WATER STREET, SUITE 302
KETCHIKAN, ALASKA 99901
TELEPHONE (907) 225-4131