H. Clay Keene, Esquire
Alaska Bar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWIND MARINE, INC.,<br><br>Defendant. | No. K03-004 CV (RRB) |

### ORDER FOR JURY VIEW

This matter having coming before the Court on Plaintiffs' motion for a jury view of the Reliance Model Skiff that is the subject of this action, the Court having considered Plaintiffs' motion and supporting memorandum of law, any opposition thereto, and otherwise being fully informed;

IT IS HEREBY ORDERED the jury in the above-captioned case ~~will~~ May be permitted to view the Reliance Model Skiff. *

* The Court will address the issue at the final pre-trial conference. If a view is permitted it would have to be brief and the boat removed from sight immediately afterwards.

ORDER RE JURY VIEW - Page 1 of 2 pages.
*Munhoven v. Northwind, Case No. K03-004 CV (RRB)*
st/Sharon on Server/c:Munhoven, Don/22.303.A/Order for Jury View

Dated this 22 day of ~~January~~ February 2006.

                                    _[signature]_
                                    Ralph R. Beistline, U.S. District Court Judge

**Certificate of Service**
This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the _____ day of **January 2006**, I caused a true and correct copy of the foregoing to be:

■ -Faxed to No. 907/277-1331
☐ -Hand Delivered
■ -Mailed
☐ -Delivered to the court receptacle

to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501-1990

By _____
       Keene & Currall

KEENE & CURRALL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
540 WATER STREET, SUITE 302
KETCHIKAN, ALASKA 99901
TELEPHONE (907) 225-4131

ORDER RE JURY VIEW - Page 2 of 2 pages.
*Munhoven v. Northwind*, Case No. K03-004 CV (RRB)
st/Sharon on Server/c:Munhoven, Don/22.303.A/Order for Jury View