UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MUNHOVEN, et al.   v.   NORTHWIND MARINE

DATE:   March 13, 2006          CASE NO.   5:03-CV-0004-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS REGARDING SETTLEMENT**

---

After several settlement conferences in which the Court acted as mediator, this matter has settled in its entirety. All pending dates are therefore vacated. The parties shall file final documents with the Court on or before **April 24, 2006,** or notify the Court why said documents cannot be filed by that time.

M.O. RE SETTLEMENT