H. Clay Keene, Esquire
Alaska Bar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHWIND MARINE, INC.,<br><br>　　　　　Defendant. | <br><br><br><br><br><br><br><br><br><br>No. K03-004 CV (RRB) |

### PETITION FOR COURT APPROVAL OF MINOR SETTLEMENT

Plaintiffs Suann A. Munhoven (herein "parent") and Miles L. Munhoven, a minor (herein "Minor") by and through their counsel, H. Clay Keene of Keene & Currall, hereby petition this court under Alaska R. Civ. P. 90.2(a) to approve the settlement in favor of Minor described in the accompanying Stipulation Re: Dismissal With Prejudice of All Claims of Plaintiff, Miles L. Munhoven, A Minor, against Northwind Marine Inc. (herein "Northwind"). This petition is unopposed by Northwind.

As expressed in the Stipulation, all parties agree that this petition is appropriate and

should be granted.  Therefore, the Munhovens request this court to approve the stipulated settlement.

    Dated this 16th day of March 2006.

                              KEENE & CURRALL
                              A Professional Corporation
                              Attorneys for Plaintiff

                              By        s/H. Clay Keene
                                  H. Clay Keene, ABA No. 7610110
                                  Keene & Currall
                                  540 Water Street, Suite 302
                                  Ketchikan, Alaska  99901
                                  Phone:  907/225-4131
                                  Fax:  907/225-0540
                                  Email:  info@keenecurrall.com

**Certificate of Service**
This certifies that I am an authorized agent of Keene & Currall, and that on the **16th** day of **March 2006**, I caused a true and correct copy of the foregoing to be electronically transmitted to:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska  99501-1990

By        s/Sharon E. Thompson
                Keene & Currall