H. Clay Keene, Esquire
Alaska Bar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska  99901
Phone:  (907) 225-4131
Fax:  (907) 225-0540
E-mail:  info@keenecurrall.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child,<br><br>     Plaintiffs,<br><br>v.<br><br>NORTHWIND MARINE, INC.,<br><br>     Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>No. K03-004 CV (RRB) |

**STIPULATION RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS
OF PLAINTIFF, MILES L. MUNHOVEN, A MINOR**

Plaintiff, Miles L. Munhoven, a minor, by and through his guardian, Suann L. Munhoven (collectively hereafter "Munhoven" unless identified by a full name) by and through their attorneys H. Clay Keene of Keene & Currall, and Northwind Marine Inc., by and through its attorney Andrew Guidi of Delaney Wiles, Hayes, Gerety, Ellis & Young, Inc., hereby stipulate and agree as follows:

1.     Munhovens will immediately seek court approval of the minor settlement described in this stipulation pursuant to Alaska R. Civ. P. 90.2(a).

**STIPULATION RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS
OF PLAINTIFF, MILES L. MUNHOVEN, A MINOR -** Page 1 of 4 Pages
*Munhoven v. Northwind Marine-* Case No.  K03-004CV (RRB)

2.  This stipulation will be effective only upon approval by the court as described in paragraph 1 above.

3.  Northwind shall pay $10,000.00 to Suann Munhoven on behalf of her minor child, Miles Munhoven.

4.  All claims against Northwind which have been and could have been asserted in the above-entitled action on behalf of the minor, Miles Munhoven, shall be dismissed with prejudice.

5.  Minor was nine years of age on December 9, 2001, the date of the occurrence[1] described in the complaint.

6.  Minor was at the Munhovens' home on Pennock Island at the time of the occurrence. Minor witnessed his father, Donald G. Munhoven, and his brother, Donald T. Munhoven, and their injuries immediately following the occurrence.

7.  The occurrence and resulting injuries to his father and brother were shocking and frightening to Minor. As a result of injuries incurred by his father, Minor incurred the loss of companionship with his father, which loss extended for a period of at least one year following the occurrence.

8.  Minor received no medical treatment or counseling associated with the occurrence.

9.  Minor has no residual emotional or physical injuries from the occurrence.

---

[1] Occurrence refers to the explosion of the Northwind Marine, Inc. Reliance Skiff, on December 8, 2001, at the Munhovens' home on Pennock Island near the City of Ketchikan, Alaska. The Munhovens' complaint in this action alleges that the explosion caused the injury and damages claimed by the Munhovens in the complaint.

10. Minor is a well-adjusted thirteen year old completing the eighth grade and it is highly unlikely that he has suffered any permanent injury as a result of the occurrence.

11. The parties have entered into a global settlement of the Plaintiffs' claims for damages, which include the settlement of Minor's claim.

12. A factor considered in the negotiation of a global settlement was to avoid subjecting the Minor to the stress of trial.

13. The amount of $10,000 for Minor will be paid by the insurance company for Northwind Marine to Suann Munhoven as custodian for Minor under the Alaska Uniform Gift to Minors Act, to be invested by Minor's mother by placing said funds into a conservative interest bearing account, which is FDIC insured, and which will be used for payment of costs of education following Minor's graduation from high school, or paid to Minor upon the date Minor reaches the age of eighteen years.

14. Although Minor, through his guardian, Suann Munhoven, retained the law firm of Keene & Currall, to represent Minor in this civil action, no attorney's fees shall be deducted for attorney's fees from that amount to be paid to Minor in consideration for the settlement of Minor's claim.

15. All parties shall bear their own costs and attorney's fees with respect to the claims dismissed pursuant to this stipulation.

//

//

---

**STIPULATION RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS
OF PLAINTIFF, MILES L. MUNHOVEN, A MINOR -** Page 3 of 4 Pages
*Munhoven v. Northwind Marine-* Case No. K03-004CV (RRB)

//

Dated this 16th day of March 2006.

          KEENE & CURRALL
          A Professional Corporation
          Attorneys for Plaintiff

By       s/H. Clay Keene
      H. Clay Keene, ABA No. 7610110
      Keene & Currall
      540 Water Street, Suite 302
      Ketchikan, Alaska  99901
      Phone:  907/225-4131
      Fax:  907/225-0540
      Email:  info@keenecurrall.com

Dated this 16th day of March 2006.

          DELANEY, WILES, HAYES, GERETY,
            ELLIS & YOUNG, INC.
          Attorneys for Defendant

By       s/Andrew Guidi
      Andrew Guidi, ABA No. 8312171
      Delaney Wiles Hayes, Gerety,
        Ellis & Young, Inc.
      1007 w. 3RD Avenue, Suite 400
      Anchorage, Alaska  99501
      Phone:  907/279-3581
      Fax:  907/277-1331
      Email: AG@delaneywiles.com