H. Clay Keene, Esquire
Alaska Bar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, ) DONALD T. MUNHOVEN, and SUANN A. MUNHOVEN ) as the Natural Parent and Guardian of MILES L. ) MUNHOVEN, a Minor Child, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHWIND MARINE, INC., ) <br> ) <br> Defendant. ) <br> ) | No. K03-004 CV (RRB) |

### ORDER RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS OF PLAINTIFF, MILES L. MUNHOVEN, A MINOR

Suann Munhoven, in her capacity as the guardian for her minor son, Miles L. Munhoven, age 13, having petitioned the court for approval of the settlement and distribution of proceeds described in the Plaintiffs' Petition for Court Approval of Minor's Settlement, and the court having reviewed the Petition for Court Approval of Minor's Settlement, and Stipulation Re: Settlement and Dismissal of Minor's Claim, and the provisions of Alaska Rules of Civil Procedure, Rule 90.2,

IT IS ORDERED that the settlement and disbursement of the settlement proceeds described in the petition are approved;

IT IS FURTHER ORDERED that all claims against the Defendant, Northwind Marine, Inc., brought in this civil action for and on behalf of the Minor, Miles L. Munhoven, are dismissed, with prejudice, and that the settlement of said Minor's claim is approved by this Court without a hearing pursuant to Alaska Rule of Civil Procedure, Rule 90.2 (a)(4).

IT IS FURTHER ORDERED that Suann Munhoven, as guardian for Minor, is authorized to invest the proceeds of the settlement on behalf of the Minor in an interest bearing account, which is FDIC insured, the proceeds therefrom shall be used for the Minor's education following Minor's completion of high school, or disbursed to Minor, upon reaching the age of 18.

IT IS FURTHER ORDERED that Suann Munhoven is authorized to execute a Release of Claims to and for the benefit of Defendant and its insured, which releases any and all of the Minor's claims that Minor may have against Defendant, Northwind Marine, Inc.

DATED this 20 day of March 2006.

Ralph R. Beistline
U.S. District Court Judge

ORDER RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS
OF PLAINTIFF, MILES L. MUNHOVEN, A MINOR - Page 2 of 3 Pages
*Munhoven v. Northwind Marine*- Case No. K03-004CV (RRB)
st/Sharon on Server/c:Munhoven/22.303.A/Order Re Dismissal Re Miles Munhoven