Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
PHONE: (907) 279-3581
FAX: (907) 277-1331
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. ) <br> MUNHOVEN, DONALD T. MUNHOVEN, ) <br> And SUANN A. MUNHOVEN as the ) <br> Natural Parent and Guardian ) <br> Of MILES L. MUNHOVEN, a Minor ) <br> Child, ) <br> ) <br>          Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> NORTHWIND MARINE, INC., ) <br> ) <br> ) <br>       Defendant. ) <br> _____ ) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. K03-0004 CV (RRB) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs, DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONAL T. MUNHOVEN, and SUANN A. MUNHOVEN as the Natural Parent and Guardian of MILES L. MUNHOVEN, a Minor Child, and defendant NORTHWIND MARINE, INC., by and through their respective counsel of record, hereby stipulate and agree to dismiss this lawsuit with prejudice in its entirety. This dismissal includes all claims, cross-claims, counterclaims and third-party claims that

have been or could have been asserted against or by all parties.
Each party agrees to bear its own costs and attorneys' fees.
The reason for this dismissal with prejudice is that all issues
have been fully and finally compromised and settled and there
are no further issues remaining for determination by the Court.

**KEENE & CURRALL**
Attorneys for Plaintiffs

Date: April 19, 2006          s/H. Clay Keene (CONSENT)
                              Alaska Bar No.: 7610110
                              Keene & Curall, PC
                              540 Water Street, Suite 302
                              Ketchikan, Alaska    99901
                              PHONE:  907-225-4131
                              FAX:  907-225-0540

**DELANEY WILES, INC.**
Attorneys for Defendant

Date: April 19, 2006          s/Andrew Guidi (CONSENT)
                              Alaska Bar No.: 8312171
                              Delaney Wiles, Inc.
                              ag@delaneywiles.com
                              1007 West Third Avenue, Suite 400
                              Anchorage, Alaska    99501
                              PHONE:  907-279-3581
                              FAX:  907-277-1331

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 19th day
of April, 2006, a copy of **STIPULATION
FOR DISMISSAL WITH PREJUDICE** was served
electronically on:

H. Clay Keene
KEENE & CURRALL
Currall Office Bldg.
540 Water Street, Suite 302
Ketchikan, AK 99901

s/Andrew Guidi (115976)