Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
PHONE: (907) 279-3581
FAX: (907) 277-1331
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, And SUANN A. MUNHOVEN as the Natural Parent and Guardian Of MILES L. MUNHOVEN, a Minor Child,<br><br>    Plaintiffs,<br><br> v.<br><br>NORTHWIND MARINE, INC.,<br><br>    Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. K03-0004 CV (RRB) |

**(PROPOSED) ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

Based on the Stipulation For Dismissal With Prejudice entered into by all parties, IT IS HEREBY ORDERED that all claims asserted or which could have been asserted by all parties in this action are hereby dismissed with prejudice, with the

parties bearing their own costs and attorneys fees. This constitutes a FINAL JUDGMENT of dismissal with prejudice.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Honorable Ralph R. Beistline
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2006, a copy of **(PROPOSED) ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE DISMISSAL WITH PREJUDICE** was served electronically on:

> H. Clay Keene
> KEENE & CURRALL
> Currall Office Bldg.
> 540 Water Street, Suite 302
> Ketchikan, AK 99901

s/Andrew Guidi (115977)