Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
PHONE: (907) 279-3581
FAX: (907) 277-1331
*Attorneys for Defendant*
*NORTHWIND MARINE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD G. MUNHOVEN, SUANN A. MUNHOVEN, DONALD T. MUNHOVEN, And SUANN A. MUNHOVEN as the Natural Parent and Guardian Of MILES L. MUNHOVEN, a Minor Child, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWIND MARINE, INC., <br><br> Defendant. | Case No. 5:03-cv-0004-RRB <br><br><br> **ORDER AND FINAL JUDGMENT** <br> **OF DISMISSAL WITH PREJUDICE** |

Based on the Stipulation For Dismissal With Prejudice entered into by all parties, IT IS HEREBY ORDERED that all claims asserted or which could have been asserted by all parties in this action are hereby dismissed with prejudice, with the

parties bearing their own costs and attorneys fees. This constitutes a FINAL JUDGMENT of dismissal with prejudice.

ENTERED this 20th day of April, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE